IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TONY PAYANO,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                12-cv-889-bbc

THOMAS L. POTTER and
GREGORY GRAMS,

        Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Tony Payano leave to proceed in forma pauperis and dismissing this case for failure to state a claim upon which relief may be granted.

          *Peter Oppeneer*          2/22/13
          Peter Oppeneer, Clerk of Court      Date